UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 18-CR-300⎯ |
| | ) | |
| v. | ) | Count One:   21 U.S.C. § 846 – Conspiracy to |
| | ) | Distribute and Possess with Intent to |
| EBER ALAIN ESTRADA PALAFOX, | ) | Distribute Cocaine |
| a/k/a "Doctor," | ) | |
| | ) | Count Two:   21 U.S.C. § 846 – Conspiracy |
| Defendant. | ) | to Distribute and Possess with Intent to |
| | ) | Distribute Heroin and Fentanyl |
| | ) | |
| | ) | Count Three:   18 U.S.C. § 1956(h) – |
| | ) | Conspiracy to Commit Money Laundering |
| | ) | |
| | ) | Drug Forfeiture Allegation:   21 U.S.C. § 853 |
| | ) | |
| | ) | Money Laundering Forfeiture Allegation: |
| | ) | 18 U.S.C. § 982 |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |

INDICTMENT

COUNT ONE:        21 U.S.C. § 846:   Conspiracy to Distribute and Possess with Intent to
                 Distribute Cocaine

The Grand Jury charges that:

    1.    From a time unknown, but from at least in or about 2015, and continuing

thereafter until in or about September 2016, in Hampden County, in the District of

Massachusetts, and elsewhere,

EBER ALAIN ESTRADA PALAFOX,
a/k/a "Doctor,"

defendant herein, did conspire with other persons known and unknown to the Grand Jury, to

knowingly and intentionally distribute, and possess with intent to distribute, a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of 21 U.S.C. § 841(a)(1).

2.    It is further alleged that the offense charged in Count One of this Indictment involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.   Accordingly, 21 U.S.C. § 841(b)(1)(A)(ii) applies to this count.

3.    It is further alleged that, with respect to Count One, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, was reasonably foreseeable by, and is attributable to, EBER ALAIN ESTRADA PALAFOX, a/k/a "Doctor."   Accordingly, 21 U.S.C. § 841(b)(1)(A)(ii) is applicable to defendant PALAFOX.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:      21 U.S.C. § 846:  Conspiracy to Distribute and Possess with Intent to
                Conspiracy to Distribute and Possess with Intent to Distribute Heroin
                and Fentanyl

The Grand Jury further charges:

4.      From a time unknown, but from at least in or about the summer of 2016, and

continuing thereafter until in or about the fall of 2016, in Hampden County, in the District of

Massachusetts, and elsewhere,

EBER ALAIN ESTRADA PALAFOX,
a/k/a "Doctor,"

defendant herein, did conspire with other persons known and unknown to the Grand Jury, to

knowingly and intentionally distribute, and possess with intent to distribute, a mixture and

substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-

phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide a/k/a fentanyl, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

5.      It is further alleged that the offense charged in Count Two of this Indictment

involved one kilogram or more of a mixture and substance containing a detectable amount of

heroin, a Schedule I controlled substance.   Accordingly, 21 U.S.C. § 841(b)(1)(A)(i) applies to

this count.

6.      It is further alleged that, with respect to Count Two, one kilogram or more of a

mixture and substance containing a detectable amount of heroin, a Schedule I controlled

substance, was reasonably foreseeable by, and is attributable to, EBER ALAIN ESTRADA

PALAFOX, a/k/a "Doctor."   Accordingly, 21 U.S.C. § 841(b)(1)(A)(i) is applicable to

defendant PALAFOX.

All in violation of Title 21, United States Code, Section 846.

3

COUNT THREE:    18 U.S.C. § 1956(h):   Conspiracy to Commit Money Laundering

The Grand Jury further charges:

7.    From a time unknown, but from at least in or about the summer of 2015, and

continuing thereafter until in or about September 2016, in the District of Massachusetts and

elsewhere,

EBER ALAIN ESTRADA PALAFOX,
a/k/a "Doctor,"

defendant herein, did conspire with other persons known and unknown to the Grand Jury, to:

A.    Knowingly conduct and attempt to conduct financial transactions affecting

interstate commerce and foreign commerce, which in fact involved the proceeds

of specified unlawful activity, to wit, conspiracy to distribute and possess with

intent to distribute cocaine and distribution of cocaine, in violation of 21 U.S.C.

§§ 846 and 841(a)(1), knowing that the transactions were designed in whole and

in part to conceal and disguise the nature, the location, the source, the ownership,

and the control of the proceeds of such specified unlawful activity, and knowing

that the property involved in the financial transactions represented the proceeds of

some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i);

B.    Knowingly transport, transmit, and transfer, and attempt to transport,

transmit, and transfer a monetary instrument and funds from a place in the United

States to and through a place outside the United States, knowing that the monetary

instruments and funds involved in the transportation, transmission, and transfer

represented the proceeds of some form of unlawful activity, and knowing that

such transportation, transmission, and transfer was designed in whole and in part

to conceal and disguise the nature, the location, the source, the ownership, and the

4

control of the proceeds of specified unlawful activity, to wit, conspiracy to distribute and possess with intent to distribute cocaine and distribution of cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), in violation of 18 U.S.C. § 1956(a)(2)(B)(i); and

C.     Knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which in fact involved the proceeds of specified unlawful activity, to wit, conspiracy to distribute and possess with intent to distribute cocaine and distribution of cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), with the intent to promote the carrying on of specified unlawful activity, to wit, conspiracy to distribute and possess with intent to distribute heroin and distribution of cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

5

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury alleges:

1.   Upon conviction of any of the offenses in violation of 21 U.S.C. § 846, set forth in Counts One and Two of this Indictment,

**EBER ALAIN ESTRADA PALAFOX,**
a/k/a "Doctor,"

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.     If any of the property described in Paragraph 1, above, being forfeitable pursuant to 21 U.S.C. § 853, as a result of any act or omission of the defendant—

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## MONEY LAUNDERING FORFEITURE ALLEGATION
### (18 U.S.C. § 982)

1.    Upon conviction of the offense in violation of 18 U.S.C. § 956, set forth in Count Three of this Indictment,

**EBER ALAIN ESTRADA PALAFOX,**
a/k/a "Doctor,"

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offenses, or any property traceable to such property.

2.    If any of the property described in paragraph 1 above as being forfeitable pursuant to 18 U.S.C. § 982(a)(1), as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of this Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of all other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

Foreperson of the Grand Jury

Katharine A. Wagner
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on
August **30**, 2018.

Deputy Clerk of Court

8