JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Springfield    **Related Case Information:**

**County** Hampden County    Superseding Ind./Inf. 18-30038   Case No. 17-CR-30022-TSH
Same Defendant    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number 16-3118, 16-3142, 16-3121
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Eber Alain Estrada Palafox    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Doctor"

Address: (City & State) Mexico

Birth date (Yr only): 1986   SSN (last4#): ___   Sex: M   Race: H   Nationality: Mexico

**Defense Counsel if known:** ___    Address ___

**Bar Number** ___

**U.S. Attorney Information:**

AUSA: Katharine A. Wagner    Bar Number if applicable: NY 4798245

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/30/18    Signature of AUSA: _(signed)_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Eber Alain Estrada Palafox a/k/a "Doctor"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine | 1 |
| Set 2  21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute 1 Kilogram or More of Heroin | 2 |
| Set 3  18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4  21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5  18 U.S.C. § 982 | Money Laundering Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____