7/14/2024

My name is Eber Alain Estrada, Case Number 3:23-MJ-01545. I HAVE BEEN IN custody SINCE MAY 1, 2023. SINCE MY INITIAL Appearance there has been no other information Provided TO ME by MY COURT APPOINTED LAWYER. The LAWYER That was APPOINTED TO ME AT the time by the COURT has SINCE Been REMOVED FROM the case AND I have not been Appointed any one new in Last 14 months This IS negligence in PART OF the court AM Requsting Charges Against me be dismissed ~~Regards~~ Failure to comply with due Process of the Law

Regards _____